1  JOSEPH W. COTCHETT (SBN 36324)
   jcotchett@cpmlegal.com
2  STUART G. GROSS (SBN 251019)
   sgross@cpmlegal.com
3  **COTCHETT, PITRE & McCARTHY**
   San Francisco Airport Office Center
4  840 Malcolm Road, Suite 200
   Burlingame, CA 94010
5  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
6
   WILLIAM J. SPRIGGS
7  bill.spriggs@bipc.com
   KATHRYN V. FLOOD
8  kathern.flood@bipc.com
   **BUCHANAN INGERSOLL & ROONEY PC**
9  1700 K Street, N.W., Suite 300
   Washington, D.C. 20006
10 Telephone: (202) 452-7900
   Facsimile: (202) 452-7989
11
   RACHEL M. FAZIO (SBN 187580)
12 rachelmfazio@gmail.com
   ATTORNEY AT LAW
13 P.O. Box 697
   Cedar Ridge, CA 95924
14
   *Attorneys for Plaintiffs*

15                          **UNITED STATES DISTRICT COURT**
16                          **EASTERN DISTRICT OF CALIFORNIA**
17

| | |
|---|---|
| 18  IN DEFENSE OF ANIMALS; DREAMCATCHER WILD HORSE AND BURRO SANCTUARY; BARBARA CLARKE; CHAD HANSON; LINDA HAY, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; KEN SALAZAR, Secretary of the United States Department of the Interior; ROBERT ABBEY, Director of the Bureau of Land Management; DAYNE BARRON, Field Manager of Eagle Lake Field Office, <br><br> Defendants. | CASE NO. 2:10-cv-01852-MCE-DAD <br><br> **ORDER SHORTENING TIME FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** <br><br> Complaint filed: July 15, 2010 <br> The Honorable Morrison C. England, Jr. |

The Court hereby approves the parties' Stipulation for the Issuance of an Order Shortening Time for Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction.

Accordingly, the schedule on Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is as follows:

| | |
|---|---|
| July 22, 2010 : | Plaintiffs' motion filed |
| July 27, 2010 : | Defendants' opposition due |
| July 30, 2010 : | Plaintiffs' reply due |
| August 5, 2010, 2:00 p.m.: | Hearing |

**IT IS SO ORDERED**.

Dated: July 20, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

ORDER SHORTENING TIME FOR PLAINTIFFS' MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

1