FRANCIS TORRENCE (SBN: 154653)
**WILSON, ELSER, MOSKOWITZ,**
  **EDELMAN & DICKER LLP**
525 Market Street – 17th Floor
San Francisco, California 94105-2725
Telephone:     (415) 433-0990
Facsimile:     (415) 434-1370
Email: francis.torrence@wilsonelser.com

ANNA M. SEIDMAN (D.C. BAR NO.: 417091) (*Pro Hac Vice Forthcoming*)
DOUGLAS S. BURDIN (D.C. BAR NO.: 434107) (*Pro Hac Vice Forthcoming*)
**SAFARI CLUB INTERNATIONAL**
501 2nd Street, NE
Washington, D.C. 20002
Telephone:     (202) 543-8733
Facsimile:     (202) 543-1205
Email: aseidman@safariclub.org
          dburdin@safariclub.org

Attorneys for Amici Curiae Applicants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN DEFENSE OF ANIMALS; DREAMCATCHER WILD HORSE AND BURRO SANCTUARY; BARBARA CLARKE; CHAD HANSON; LINDA HAY,<br><br>Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; KEN SALAZAR, Secretary of the United States Department of the Interior; ROBERT ABBEY, Director of the Bureau of Land Management; DAYNE BARRON, Field Manager of Eagle Lake Field Office,<br><br>Defendants.<br><br>SAFARI CLUB INTERNATIONAL; SAFARI CLUB INTERNATIONAL FOUNDATION,<br><br>Amici Curiae Applicants. | Case No.: 2:10-cv-01852-MCE-DAD<br><br>**ORDER GRANTING SAFARI  CLUB'S EX PARTE MOTION FOR  AMICI CURIAE STATUS**<br><br><br>Date: None, Ex Parte Motion<br>Time:<br>Courtroom:  7<br>Hon. Morrison C. England, Jr.<br><br>Complaint filed:  July 15, 2010 |

1

1       This matter is before the Court on the ex parte motion for amici curiae status by Safari Club

2   International and Safari Club International Foundation.  Said entities have represented to the Court

3   that neither Plaintiff nor the Federal Defendants are taking any position on their request for amici

4   status.  Given that fact, upon consideration of the motion and the record in this case, and good cause

5   appearing,

6       **IT IS HEREBY ORDERED**, that Safari Club International and Safari Club International

7   Foundation are granted amici curiae status.

8       **IT IS FURTHERED ORDERED**, that the amici curiae brief filed as an exhibit to their

9   memorandum of points and authorities in support of the motion is deemed filed as of the date of this

10  order.  Safari Club International shall take any necessary steps to ensure proper filing of this brief

11  under the Local Rules.

12      **IT IS SO ORDERED.**

13

14  DATED:  July 28, 2010

15

16  MORRISON C. ENGLAND, JR
    UNITED STATES DISTRICT JUDGE