JOSEPH W. COTCHETT (SBN 36324)
jcotchett@cpmlegal.com
STUART G. GROSS (SBN 251019)
sgross@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

WILLIAM J. SPRIGGS
bill.spriggs@bipc.com
KATHRYN V. FLOOD
kathryn.flood@bipc.com
**BUCHANAN INGERSOLL & ROONEY PC**
1700 K Street, N.W., Suite 300
Washington, D.C. 20006
Telephone: (202) 452-7900
Facsimile: (202) 452-7989

RACHEL M. FAZIO (SBN 187580)
rachelmfazio@gmail.com
ATTORNEY AT LAW
P.O. Box 697
Cedar Ridge, CA 95924

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN DEFENSE OF ANIMALS; DREAMCATCHER WILD HORSE AND BURRO SANCUTARY; BARBARA CLARKE; CHAD HANSON; LINDA HAY, <br><br>   Plaintiffs, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; KEN SALAZAR, Secretary of the United States Department of the Interior; ROBERT ABBEY, Director of the Bureau of Land Management; DAYNE BARRON, Field Manager of Eagle Lake Field Office, <br><br>   Defendants. | CASE NO. 2:10-cv-01852-MCE-DAD <br><br> **ORDER GRANTING PLAINTIFFS' APPLICATION FOR NUNC PRO TUNC LEAVE TO FILE EXCESS PAGES** <br><br> Date:   August 5, 2010 <br> Time:   2:00 p.m. <br> Courtroom: 7 <br> Hon. Morrison C. England, Jr. <br><br> Complaint filed: July 15, 2010 |

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR NUNC PRO TUNC LEAVE TO FILE EXCESS PAGES, Case No. 2:10-cv-01852-MCE-DAD

Based on Plaintiffs' Application for *Nunc Pro Tunc* Leave to File Excess Pages and the Court's finding that no prejudice would occur to Defendants should it grant Plaintiffs the relief requested, Plaintiffs are hereby granted *nunc pro tunc* leave to file a forty-one (41) page Memorandum of Points and Authorities In Support Of Plaintiffs' Motion for Temporary Restraining Order And Preliminary Injunction on July 22, 2010.

**IT IS SO ORDERED.**

Dated:  August 2, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

LAW OFFICES
COTCHETT,
PITRE, &
MCCARTHY

[PROPOSED] ORDER GRANTING PLAINTIFFS' APPLICATION FOR NUNC PRO TUNC LEAVE TO FILE EXCESS PAGES, Case No. 2:10-cv-01852-MCE-DAD