| | |
|---|---|
| RACHEL M. FAZIO (CA Bar # 187580)<br>P.O. Box 697<br>Cedar Ridge, CA 95924<br>Tel:  (530) 273-9290<br>Fax:  (530) 273-9260<br>rfazio@nccn.net | <u>Honorable Morrison England Jr.</u> |

*Attorney for Plaintiffs*

*(Additional Counsel on next page)*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN DEFENSE OF ANIMALS;<br>DREAMCATHCER WILD HORSE AND<br>BURRO SANCTUARY; BARABARA<br>CLARKE; CHAD HANSON, PhD., and<br>LINDA HAY<br><br>       Plaintiffs,<br><br>vs.<br><br>UNITED STATES DEPARTMENT OF THE<br>INTERIOR; BUREAU OF LAND<br>MANAGEMENT; KEN SALAZAR, in his<br>official capacity as Secretary of the Interior,<br>ROBERT ABBEY, in his official capacity as<br>Director of the Bureau of Land Management;<br>and KEN COLLUM, Acting Filed Manager of<br>the Eagle Lake Field Office,<br><br>       Defendants. | Case No.: 2:10-cv-1852-MCE-DAD<br><br>**JOINT STIPULATION TO RE-SET THE HEARING DATE ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' CASE; ORDER**<br><br>Currently set for:  JANUARY 13, 2011<br>  At 2:00 p.m. in Courtroom 7<br><br>Re-Set for:  MARCH 24, 2011<br>  At 2:00 p.m. in Courtroom 7 |

*In Defense of Animals, et al. v. U.S. Dept. of Interior, et al.*, 10-1852
Joint Stipulation to Re-Set Defs' Motion to Dismiss

IGNACIA S. MORENO
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Division
CHARLES FINDLAY, Assistant Chief
AYAKO SATO, Trial Attorney
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0239
Fax: (202) 305 -0506
ayako.sato@usdoj.gov
SETH M. BARSKY, Acting Section Chief
KRITSTEN GUSTAFSON, Assistant Chief
ERIK E. PETERSEN, Trial Attorney
Wildlife and Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: (202) 305-0339
Fax: (202) 305-0275
Erik.peteresen@usdoj.gov

*Attorneys for Federal Defendants*

　　　　The parties, through their undersigned counsel, hereby jointly move to re-set the hearing on Defendants Motion To Dismiss Plaintiffs Case (Dkt #68), from January 13, 2011 at 2:00 p.m. in Courtroom 7 to March 24, 2011 at 2:00 p.m. in Courtroom 7.

　　　　Plaintiffs' counsels' schedule does not permit for the filing of a meaningful response to Defendants' motion to dismiss under the current timeline allowed pursuant to local rule 78-230(c), nor is Plaintiffs' counsel available to attend the hearing currently scheduled for January 13, 2011.  Defendants do not object to Plaintiffs' request for additional time to respond to Defendants' motion or to their request to reschedule the hearing to accommodate Plaintiffs' schedule.

*In Defense of Animals, et al. v. U.S. Dept. of Interior, et al.*, 10-1852
Joint Stipulation to Re-Set Defs' Motion to Dismiss                                                                         1

PDF created with pdfFactory trial version www.pdffactory.com

For the reasons stated herein, the parties respectfully request the Court re-set the hearing on Defendants' Motion to Dismiss Plaintiffs' Case currently scheduled for January 13, 2011 to March 24, 2011 at 2:00 p.m.

Respectfully submitted, December 6, 2010,

        */s/ Rachel M. Fazio*
        RACHEL M. FAZIO

        Attorney for Plaintiffs

        /s/ Ayako Sato (with permission 12/6/10)
        AYAKO SATO
        ERIK E. PETERSEN

        Attorneys for Federal Defendants

**Order**

For the reasons stated herein, IT IS ORDERED that the hearing on Defendants' Motion to Dismiss Plaintiffs' Case [68] shall be RE-SET for March 24, 2011 at 2:00 p.m. in Courtroom 7. The January 13, 2011 hearing date is HEREBY VACATED.

Dated: December 15, 2010

        _____
        MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com