UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

IN DEFENSE OF ANIMALS,
et al.,

No. 2:10-cv-01852-MCE-DAD

     Plaintiffs,

     v.

PRETRIAL SCHEDULING ORDER

KEN SALAZAR, in his official
capacity as Secretary of the
United States Department of
the Interior, et al.,

     Defendants,
_____

SAFARI CLUB INTERNATIONAL,
et al.

     Defendant-Intervenors.
_____/

     After reviewing the parties' Joint Status Report, the Court

makes the following Pretrial Scheduling Order.

     I.   SERVICE OF PROCESS

     All named Defendants have been served and no further service

is permitted without leave of court, good cause having been

shown.

///

1

II.   ADDITIONAL PARTIES/AMENDMENTS/PLEADINGS

No joinder of parties or amendments to pleadings is permitted without leave of court, good cause having been shown.

III.   JURISDICTION/VENUE

Jurisdiction is predicated upon 28 U.S.C. section 1131(a). Jurisdiction and venue are not contested.

IV.   DISCOVERY

In agreeing that no need for additional discovery is indicated at this time, the parties appear to concede that judicial review of agency decisions is limited to the administrative record, unless a need to expand that record is demonstrated by the parties.  See Southwest Center for Biological Diversity v. U.S., 100 F.3d 1443, 1450 (9th Cir. 1996); see also 5 U.S.C. § 706.  Consequently, the Court's review will be limited to the administrative record unless good cause is found for augmentation of that record.  Defendants shall provide Plaintiffs a copy of the entire administrative record within **60** days of the date of this Pretrial Scheduling Order.  The filing of the written administrative record shall be filed concurrently with the opening brief.

///
///
///
///
///
///
///
///

2

V.   MOTION HEARING SCHEDULE

     The Court grants the parties' modification of the page limitations.  The filing deadlines are as follows:

| | |
|---|---|
| Plaintiffs' Opening Brief (not to exceed 45 pages) | November 10, 2011 |
| Federal Defendants' and Intervenors' Cross-Motions/Response Briefs (not to exceed 45 pages) | December 8, 2011 |
| Plaintiffs' Response/ Reply Brief (not to exceed 60 pages) | January 5, 2012 |
| Federal Defendants' and Intervenors' Reply Briefs (not to exceed 25 pages) | January 19, 2012 |
| Plaintiffs' Sur-Reply Brief (not to exceed 20 pages) | January 26, 2012 |
| Hearing | February 23, 2012, 2:00 p.m. |

     All purely legal issues are to be resolved by timely pretrial motions.  Failure to comply with Local Rules 230 and 260, as modified by this Order, may be deemed consent to the motion and the Court may dispose of the motion summarily. Further, failure to timely oppose a summary judgment motion[1] may result in the granting of that motion if the movant shifts the burden to the nonmovant to demonstrate that a genuine issue of material fact remains for trial.

///

///

_____

     [1] The Court urges any party that contemplates bringing a motion for summary judgment or who must oppose a motion for summary judgment to review Local Rule 260.

1   For the Court's convenience, citations to Supreme Court
2  cases should include parallel citations to the Supreme Court
3  Reporter.

4   VI.  <u>TRIAL</u>

5   The parties have informed the Court that they intend to
6  adjudicate this matter by way of dispositive motions; therefore,
7  a trial date has not been scheduled.

8   VII.  <u>MODIFICATION OF PRETRIAL SCHEDULING ORDER</u>

9   The parties are reminded that pursuant to Rule 16(b) of the
10 Federal Rules of Civil Procedure, the Pretrial Scheduling Order
11 shall not be modified except by leave of court upon a showing of
12 **good cause.**  Agreement by the parties pursuant to stipulation
13 alone to modify the Pretrial Scheduling Order does not constitute
14 good cause.  Except in extraordinary circumstances,
15 unavailability of witnesses or counsel will not constitute good
16 cause.

17  VIII.  <u>OBJECTIONS TO PRETRIAL SCHEDULING ORDER</u>

18  This Pretrial Scheduling Order will become final without
19 further order of the Court unless objections are filed within
20 seven (7) <u>court</u> days of service of this Order.

21  IT IS SO ORDERED.

22
Dated: September 28, 2011
23

24

25                               MORRISON C. ENGLAND, JR.
                                 UNITED STATES DISTRICT JUDGE
26

27

28

                                 4