RACHEL M. FAZIO (CA Bar # 187580)
Attorney at Law
P.O. Box 697
Cedar Ridge, CA 95924
Tel: (530) 273-9290
Fax: (530) 273-9260
rachelmfazio@gmail.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

| | |
|---|---|
| IN DEFENSE OF ANIMALS; DREAMCATHCER WILD HORSE AND BURRO SANCTUARY; BARABARA CLARKE; CHAD HANSON, PhD., and LINDA HAY<br><br>    Plaintiffs,<br><br>    vs.<br><br>UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF LAND MANAGEMENT; KEN SALAZAR,<br><br>    Defendants, and<br><br>SAFARI CLUB INTERNATIONAL, et al.<br><br>    Defendant-Intervenors | Case No.: 2:10-cv-1852-MCE-DAD<br><br>**ORDER REVISING BRIEFING SCHEDULE** |

In response to the timely filed Unopposed Objection to Briefing Schedule (Doc. No. 100) to this Court's Pretrial Scheduling Order (Doc. No. 99), and for good cause being shown, the Court HEREBY ORDERS the following adjustments to the deadlines set in Section V of the Scheduling Order:

| Brief | Due Date |
| --- | --- |
| Plaintiffs' Response/Reply Brief (not to exceed 60 pages) | January 12, 2012 |
| Federal Defendants' and Intervenors' Reply Briefs (not to exceed 25 pages) | January 26, 2012 |
| Plaintiffs' Sur-Reply Brief (not to exceed 20 pages) | February 5, 2012 |

All other deadlines shall be maintained as previously ordered.

The hearing shall be held on February 23, 2012, at 2:00 p.m.

    IT IS SO ORDERED.

Dated:  November 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*In Defense of Animals, et al. v. U.S. Department of Interior, et al.*, 10-1852
Order Revising Briefing Schedule

*1*