IGNACIA S. MORENO
Assistant Attorney General
Environment & Natural Resources Division

ERIK E. PETERSEN, Trial Attorney (DC Bar No. 489073)
Wildlife & Marine Resources Section
Ben Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Tel: 202-305-0339
Fax: 202-305-0275
erik.petersen@usdoj.gov

AYAKO SATO, Trial Attorney
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington D.C. 20044-0663
Tel: 202-305-0239
Fax: 202-305-0506
ayako.sato@usdoj.gov

JOHN S. MOST, Trial Attorney (Virginia Bar #27176)
Natural Resources Section
Ben Franklin Station, P.O. Box 663
Washington D.C. 20044-0663
Voice: (202) 616-3353
Fax: (202) 305-0274
John.Most@usdoj.gov

*Attorneys for Federal Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN DEFENSE OF ANIMALS *et al.*,    )<br>                                              )<br>        Plaintiffs,                  )<br>                                              )<br>v.                                          )<br>                                              )<br>KEN SALAZAR, in his official capacity )<br>as Secretary of the United States Department of )<br>the Interior, *et al.*,               )<br>                                              )<br>        Federal Defendants.         )<br> | Case No. 2:10-cv-01852-MCE-DAD<br><br>ORDER REVISING<br>BRIEFING SCHEDULE |

In response to Federal Defendants' timely filed Unopposed Motion for Enlargement of Time (Doc. No. 108), and for good cause being shown, the Court HEREBY ORDERS the following adjustments to the deadlines set in Section V of the Scheduling Order:

| Brief | Due Date |
| --- | --- |
| Fed. Defendants' Cross-Motion/Opposition | December 9, 2011 |
| Plaintiffs' Response/Reply Brief | January 13, 2012 |

All other deadlines and all page limits shall be maintained as previously ordered. The hearing shall be held on February 23, 2012, at 2:00 p.m.

IT IS SO ORDERED.

Dated:  December 8, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE